Nos. 2183 y 2184. Gandía, Demandante y Apelante, v. Trias et al., Demandados y Apelados.—San Juan, Sección Segunda. Liquidación de la sociedad Gandía & Stubbe, etc. Febrero 26, 1920. *Desistidas las apelaciones.*

No. 1470. El Pueblo, Demandante y Apelado, v. Ramos, Demandado y Apelante.—San Juan, Sección Segunda. Seducción. Febrero 26, 1920. *Confirmada.*

No. 1474. El Pueblo, Demandante y Apelado, v. Rosa (*a*) Pocholo, Acusado y Apelante.—Asesinato en segundo grado. San Juan, Sección Segunda. Febrero 26, 1920. *Confirmada.*

No. 2191. Ricci et al., Demandantes y Apelantes v. Merle et al., Demandados y Apelados.—Guayama. Reivindicación. Marzo 2, 1920. *Desestimada.*

No. 2086. Rivera, Demandante y Apelado, v. Martínez, Demandado y Apelante.—Aguadilla. Memorándum de costas en causa por libelo y daños y perjuicios. (Reconsideración.) Marzo 9, 1920. *Sin lugar.*

No. 2094. Rivera, Demandante y Apelado, v. Martínez, Demandado y Apelante.—Aguadilla. Libelo y daños y perjuicios. Marzo 9, 1920. *Sin lugar.*

No. 1486. El Pueblo, Demandante y Apelado, v. Rivera, Acusado y Apelante.—Acometimiento y agresión grave. Ponce. Marzo 9, 1920. *Desistida.*

No. 1494. El Pueblo, Demandante y Apelado, v. Pérez, Acusado y Apelante.—Infracción de la Ley de Pesas y Medidas. Marzo 9, 1920. *Desistida.*

No. 443. Dávila, Recurrente, v. El Registrador de Caguas, Recurrido. — Recurso gubernativo. Marzo 11, 1920. *Dejando sin efecto la resolución de marzo 9, de este Tribunal, se ordena el envío de certificación de todos los asientos y notas del registro.*

No. 2201. Hernández, Demandante y Apelado, v. Burgos, Demandado y Apelante.—Divorcio. Guayama. Marzo 11, 1920. *Desistida.*

No. 1489. El Pueblo, Demandante y Apelado, v. Pérez,